JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN LUDWIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>J.B. HUNT TRANSPORT, INC., A GEORGIA CORPORATION,<br><br>Defendants. | Case No. 5:20-CV-00964-JGB-(SPx)<br>[Assigned to the Hon. Jesus G. Bernal, Courtroom No. 1]<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE**<br>[Stipulation Filed and Served Concurrently Herewith] |

<h1 style="text-align:center">ORDER</h1>

The Court, having considered the Stipulation to Dismiss Case with Prejudice, and good cause appearing, hereby ORDERS THAT:

1. This case as to all defendants and all causes of action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1);
2. Each party is to bear its own attorneys' fees and costs; and
3. All future hearings are taken off calendar.

**IT IS SO ORDERED.**

Date: June 23, 2021

Hon. Jesus G. Bernal
United States District Court